

B. D. Zieve, Cleveland, for plaintiff in error.

Ezra Z. Shapiro, Cleveland, Michael A. Picciano, Cleveland, and Stephen Gobozy, Cleveland, for defendant in error.

For full opinion see 1 OO 39, 48 Oh Ap 371.

**SCHULTZ v CINCINNATI (city) et**

Ohio Appeals, 1st Dist, Hamilton Co

Decided March 19, 1934

Eli G. Frankenstein, Cincinnati, for plaintiff in error.

John D. Ellis, Cincinnati, and Ed F. Alexander, Cincinnati, for the City of Cincinnati.

Waite, Schindel & Bayless, Cincinnati, for Baltimore & Ohio Rd. Co.

For full opinion see 1 OO 591; 48 Oh Ap 432.

**UNDERWOOD v HICKIN, Etc, et**

Ohio Appeals, 9th Dist, Summit Co

No 2308.   Decided Sept 25, 1934

